**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| HAYDON BROTHERS CONTRACTING, INC. | ) ) |
| Defendant. | ) ) ) ) |

CIVIL ACTION NO. 3:09cv-427-S

COMPLAINT

JURY TRIAL DEMAND

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission") brings this action against Haydon Brothers Contracting, Inc. ("Haydon Brothers") pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in order to correct Haydon Brothers' unlawful employment practices on the basis of sex, and to provide appropriate relief to David M. Bishop, who was adversely affected by such practices. As alleged in paragraph seven below, the Commission alleges that Haydon Brothers subjected Bishop to sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Kentucky, Louisville Division.

## PARTIES

3. Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. Defendant, Haydon Brothers, is currently a corporation and at all relevant times has continuously been a corporation doing business in the Commonwealth of Kentucky and the City of Springfield, and has continuously had at least 15 employees.

5. At all relevant times, Haydon Brothers has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, David M. Bishop filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least August 2007, Defendant engaged in unlawful employment practices, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). Defendant subjected Bishop to sexual harassment.

8. The effect of the practice complained of in paragraph seven above has been to deprive Bishop of equal employment opportunities and to otherwise adversely affect their respective employee status.

9. The unlawful employment practices complained of in paragraph seven above were intentional.

10. The unlawful employment practices complained of in paragraph seven above were done with malice or with reckless indifference to Bishop's respective federally protected rights.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Haydon Brothers, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in sexual harassment.

B. Order Haydon Brothers to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees regardless of their sex and which eradicate the effects of its past and present unlawful employment practices based on sex.

C. Order Haydon Brothers to make Bishop whole by providing appropriate back-pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Haydon Brothers to make Bishop whole by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above in amounts to be determined at trial.

E. Order Haydon Brothers to make Bishop whole by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph seven above, including losses resulting from any emotional pain, suffering,

inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

  F. Order Haydon Brothers to pay Bishop punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

  The Commission requests a jury trial on all questions of fact raised by its Complaint.

            Respectfully submitted,

            s/Laurie A. Young_____
            LAURIE A. YOUNG
            Regional Attorney

            s/Michelle Eisele_____
            MICHELLE EISELE
            Supervisory Trial Attorney

            EQUAL EMPLOYMENT OPPORTUNITY
             COMMISSION
            Indianapolis District Office
            101 W. Ohio St., Suite 1900
            Indianapolis, IN 46204-4203

            s/Kenneth W. Brown_____
            EQUAL EMPLOYMENT OPPORTUNITY
             COMMISSION
            Louisville Area Office
            600 Martin Luther King, Jr. Place
            Suite 268

Louisville, Kentucky 40202-2285
(502) 582.6308 (Direct Dial)
(502) 582.5895 (Facsimile)